# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# RENO, NEVADA

|   |   |   |
|---|---|---|
| KATHLEEN NICHOLS, | ) | 3:-04-CV-00559-LRH-LRL |
|  | ) |  |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
|  | ) |  |
| vs. | ) | June 13, 2006 |
|  | ) |  |
| JAMES L. HAGER, in his official capacity and individual capacity; et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   ROSEMARIE MILLER   REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Before the court is Defendants' Motion for Order Permitting the Defendants to Submit Dispositive Motion Briefs in Excess of Thirty Pages (Doc. #38) to which Plaintiff responded (Doc. #45) and Defendants replied (Doc. #46); Plaintiff's Request for Oral Argument re Defendants' Motion to File Brief in Excess of 30 Pages (Doc. #47) to which Defendants responded (Doc. #48); Plaintiff's Motion to Extend Time to File Response to Defendants' Motions for Summary Judgment (Doc. #49); Plaintiff's Motion to Shorten Time (Doc. #50), and Defendants Response to Plaintiff's Motion to Extend Time to File Response to Defendants' Motions for Summary Judgment and Opposition to Plaintiff's Motion to Shorten time, on Mootness Grounds (Doc. #52).

   Based upon the complexity of the issues before the court and the number of defendants, Defendant's motion to submit motion briefs in excess of 30 pages (Doc. #38) is GRANTED. Plaintiff's request for oral argument re filing brief in excess of 30 pages (Doc. #47) is DENIED. Plaintiff's motion to extend time for two (2) weeks from date of entry of this order to file responses to Defendants' motions for summary judgment (Doc. #49) is GRANTED. The parties' motions (Doc. #50 and Doc. #52) are denied as moot.

   IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   /s/
             Deputy Clerk