UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| KATHLEEN NICHOLS, | ) |
| | ) 3:04-cv-00559-LRH-LRL |
| Plaintiff, | ) |
| | ) ORDER |
| vs. | ) |
| | ) |
| LAURA DANCER; JAMES L. HAGAR; WASHOE COUNTY SCHOOL DISTRICT, | ) ) |
| | ) |
| Defendants. | ) |

Before the court is Defendants' Application for Expedited Case Management Conference (#83). Plaintiff has filed an opposition (#84) and Defendants have filed their reply (#85).

This court is not only bound but fully respects the remand from the Ninth Circuit Court of Appeals in which it states that it is remanding this action "to the district court for **reconsideration** of the claims under the traditional First Amendment government employee analysis. . . . We remand to allow the district court to conduct such an analysis in the first instance." (Emphasis added.) The court fully respects the concerns expressed by Plaintiff and the desire to move this litigation along. However, reconsideration is warranted and an expedited briefing schedule will be ordered as rollows:

Defendants' renewed summary judgment motion shall be filed and
served by . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    Friday, July 31, 2009

Plaintiff's response shall be filed and served by . . . . . . . . . . .    Monday, August 31, 2009

Defendants' reply shall be filed and served by . . . . . . . . . .    Tuesday, September 15, 2009

///

1 | Briefing shall be limited to Plaintiff's claims under a traditional First Amendment
2 | government employee analysis.
3 | An expedited case management conference does not appear to be necessary at this time.
4 | If need should arise, the court will schedule one on short notice.
5 | Defendants' Application for Expedited Case Management Conference (#83) is therefore
6 | granted in part and denied in part as reflected in this order.
7 | IT IS SO ORDERED.
8 | DATED this 14th day of July, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE